## 58021. CANUP v. THE STATE.

UNDERWOOD, Judge.

The state has moved to dismiss this appeal pursuant to Code Ann. § 6-809 (b) (1) for failure of appellant to comply with Code Ann. § 6-803 (a) and file the notice of appeal within thirty days after entry of the judgment appealed. The motion must be granted.

" 'A notice of appeal must be filed within thirty days after entry of the appealable judgment or within thirty days after the entry of an order disposing of a motion for new trial. Code Ann. § 6-803 (a). The time for filing such notice may be extended once by the court for an additional thirty days. Code Ann. § 6-804.' *Neal v. State,* 232 Ga. 96 (205 SE2d 284). Here no extension was obtained. The timely filing of a notice of appeal in accordance with the statutory requirement is essential to confer jurisdiction upon an appellate court. *Jordan v. Caldwell,* 229 Ga. 343, 344 (191 SE2d 530); *Pittman v. State,* 229 Ga. 656, 657 (193 SE2d 820). 'A person convicted of a crime in a trial court in this state is not entitled to have his conviction reviewed as a matter of right by an appellate court. He must pursue applicable statutory requirements.' *State v. Denson,* 236 Ga. 239, 240 (223 SE2d 640). Accord: *Brown v. State,* 236 Ga. 333, 334 (223 SE2d 642). The appellant here failed to comply with the necessary jurisdictional requirements." *Smith v. State,* 140 Ga. App. 492 (231 SE2d 493) (1976). Accord, *Hester v. State,* 242 Ga. 173 (249 SE2d 547) (1978); *McEver v. State,* 141 Ga. App. 429 (233 SE2d 504) (1977); *Mayo v. State,* 148 Ga. App. 213 (251 SE2d 80) (1978).

*Appeal dismissed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED JUNE 14, 1979 — DECIDED JULY 16, 1979.

*Griggs & Butterworth, Bruce S. Harvey,* for appellant.
*V. D. Stockton, District Attorney, Michael H. Crawford,* Assistant District Attorney, for appellee.